| | | |
|---|---|---|
| HCDistrictclerk.com | NGUYEN, VAN vs. PHAM, THUY<br>Cause: 202520441    CDI: 7    Court: 234 | 4/5/2025 |

**EXHIBIT D**

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

| CASE DETAILS | | CURRENT PRESIDING JUDGE | |
|---|---|---|---|
| **File Date** | 3/26/2025 | **Court** | 234th |
| **Case (Cause) Location** | | **Address** | 201 CAROLINE (Floor: 13)<br>HOUSTON, TX 77002<br>Phone:8329272234 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | OTHER CIVIL | **JudgeName** | LAUREN REEDER |
| **Next/Last Setting Date** | N/A | **Court Type** | Civil |
| **Jury Fee Paid Date** | N/A | | |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| NGUYEN, VAN | PLAINTIFF - CIVIL | | |
| 308 N. WASHINGTON AVE., BRYAN, TX 77803 | | | |
| PHAM, THUY | DEFENDANT - CIVIL | | |
| 1502 PINE COLONY LANE, PEARLAND, TX 77581 | | | |
| NGUYEN, THANH HONG | PLAINTIFF - CIVIL | | TURNER, BRIAN ALAN |
| 308 N. WASHINGTON AVE.,, BRYAN, TX 77803 | | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 3/26/2025 | ORIGINAL PETITION | | | 0 | | | NGUYEN, VAN |
| 3/26/2025 | ORIGINAL PETITION | | | 0 | | TURNER, BRIAN ALAN | NGUYEN, THANH HONG |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | PHAM, THUY | 3/26/2025 | 3/27/2025 | | | | 74457917 | E-MAIL |
| | 1502 PINE COLONY LANE PEARLAND TX 77581 | | | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 119695491 | Request for Issuance of Service | | 03/27/2025 | 1 |
| 119674141 | Plaintiffs' Original Petition | | 03/26/2025 | 9 |