IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VAN NGUYEN and THANH HONG NGUYEN, *Plaintiffs*, v. THUY PHAM, *Defendant*. | § § § § § § § § § CIVIL ACTION NO. 4:25-cv-1602 |

### INDEX OF MATTERS BEING FILED

The following matters, which are attached as exhibits to Defendant Thuy Pham's Notice of Removal, have been filed:

- Exhibit A - Plaintiffs' Original Petition
- Exhibit B - Citation of Process
- Exhibit C – Defendant's Original Answer
- Exhibit D - State Court Action Docket Sheet
- Exhibit E - Index of Matters Being Filed
- Exhibit F - List of All Counsel of Record

**EXHIBIT E**

1