# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| VAN NGUYEN and THANH HONG NGUYEN, §§§ *Plaintiffs*, § | |
| v. § | CIVIL ACTION NO. 4:25-cv-1602 |
| § | |
| THUY PHAM, §§ *Defendant*. | |

## LIST OF ALL COUNSEL OF RECORD

The following is a list of all counsel of record, including addresses, telephone numbers, and parties represented:

**Plaintiffs' Counsel:**

Brian Turner
State Bar No. 20310450
LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave. Bryan, TX 77803
Telephone: (979) 583-9200
Telecopier: (979) 314-9533
Email: bu@brianturnerlaw.com
ATTORNEYS FOR PLAINTIFFS VAN NGUYEN and THANH HONG NGUYEN

**Defendant's Counsel:**

**LLOYD E. KELLEY**
State Bar No. 11203180
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: 281-492-7766
Telecopier: 281-652-5973
**Email:** kelley@lloydekelley.com
**LEAD COUNSEL FOR DEFENDANT THUY PHAM**

**EXHIBIT F**

1

**CACTUS JACK CAGLE**
State Bar No. 03591850
CAGLE & ASSOCIATES
The Texas Justice Center
4900 Fournace Place, #200
Bellaire, Texas 77401
Telephone: 713-927-0720
**Email:** jack@judgecagle.com
**CO-COUNSEL FOR DEFENDANT THUY PHAM**