IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VAN NGUYEN and | § | |
| THANH HONG NGUYEN, | § | |
|    *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-1602 |
| | § | |
| THUY PHAM, | § | |
|    *Defendant*. | § | |

## JURY DEMAND

**TO THE HONORABLE U.S. DISTRICT JUDGE:**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Thuy Pham hereby demands a jury trial in the above-referenced action on all issues so triable.

Respectfully submitted,

/s/  Lloyd E. Kelley
**LLOYD E. KELLEY**
State Bar No. 11203180
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: 281-492-7766
Telecopier: 281-652-5973
kelley@lloydekelley.com
**LEAD COUNSEL FOR THUY PHAM**

        **CAGLE & ASSOCIATES**
        By: /s/ *Cactus Jack Cagle*
        **Cactus Jack Cagle**
        Texas State Bar No. 03591850
        Texas Justice Center
        4900 Fournace Pl, #200
        Bellaire, TX 77401
        1773 Jeddo Rd
        Rosanky, TX 78953
        Email: jack@judgecagle.com
        Telephone:(713) 927-0720
        **CO-COUNSEL FOR THUY PHAM**

## CERTIFICATE OF SERVICE

 I hereby certify that on April 11, 2025, I served a copy of the foregoing Demand for Jury Trial on all parties to this action by electronic service through the court's ECF system.

 Brian Turner
 Law Office of Brian Turner
 308 N. Washington Ave.
 Brian, Texas 77803
 bt@brianturnerlaw.com


        /s/  Lloyd E. Kelley
        **LLOYD E. KELLEY**

2