IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VAN NGUYEN and THANH HONG NGUYEN, *Plaintiffs*, v. THUY PHAM, *Defendant*. | § § § § § § § | CIVIL ACTION NO. 4:25-cv-1602 |

### THUY PHAM'S CORPORATE DISCLOSURE STATEMENT

**TO THE HONORABLE U.S. DISTRICT JUDGE:**

Defendant, Thuy Pham, appearing herein, by way of undersigned counsel, for the purpose of filing this Corporate Disclosure Statement in conformity with Fed. R. Civ. P. 7.1:

Defendant is a private individual and President of <u>Sunrise Plastic Enterprise, Inc.</u> (interchangeably "<u>Sunrise</u>") which is a private corporation in Texas.

Defendant Thuy Pham is not aware of any other corporations, unincorporated associations, partnerships, or other business entities that are not parties that have a financial interest in the outcome of the litigation, except Defendant who directly and indirectly has controlling interest in Sunrise.

Dated: April 22, 2025.

1

Respectfully submitted,

/s/ Lloyd E. Kelley
**LLOYD E. KELLEY**
State Bar No. 11203180
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: 281-492-7766
Telecopier: 281-652-5973
kelley@lloydekelley.com
**LEAD COUNSEL FOR THUY PHAM**

**CAGLE & ASSOCIATES**
By: /s/ *Cactus Jack Cagle*
**Cactus Jack Cagle**
Texas State Bar No. 03591850
Texas Justice Center
4900 Fournace Pl, #200
Bellaire, TX 77401
1773 Jeddo Rd
Rosanky, TX 78953
Email: jack@judgecagle.com
Telephone:(713) 927-0720
**CO-COUNSEL FOR THUY PHAM**

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2025, I served a copy of the foregoing Demand for Jury Trial on all parties to this action by electronic service through the court's ECF system.

Brian Turner
Law Office of Brian Turner
308 N. Washington Ave.
Brian, Texas 77803
bt@brianturnerlaw.com

/s/ Lloyd E. Kelley
**LLOYD E. KELLEY**