United States District Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Van Nguyen, et al. § § | |
| *versus* § § | Civil Action 4:25−cv−01602 |
| Thuy Pham § | |

### MINUTE ENTRY ORDER

JUDGE: Christina A. Bryan
DATE: July 21, 2025
COURT REPORTER: ERO
TIME: 10:06 AM

The Court conducted the Initial Conference. Scheduling Order issued.

Signed on the 21st of July 2025.

_____
Christina A. Bryan
United States Magistrate Judge