Case 4:25-cv-01602   Document 8   Filed on 07/21/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT***SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Van Nguyen, et al., | § | |
|     *Plaintiff,* | § | |
| | § | |
| | § | Civil Action 25-1602 |
| | § | |
| | § | |
| Thuy Pham, | § | |
|     *Defendant.* | § | |

## RULE 16 SCHEDULING ORDER

The following schedule shall be followed. All communications concerning the case shall be directed in writing to Joseph Wells, Case Manager for United States District Judge David Hittner, P.O. Box 61010, Houston, TX 77208.

1. August 22, 2025 — NEW PARTIES shall be joined, with leave of court, by this date. The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2A. September 30, 2025 — PLAINTIFF shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be served within 60 days of the designation.

  B. October 30, 2025 — DEFENDANT shall designate EXPERT WITNESSES. Designation shall be in writing to opponent. Expert reports shall be served within 60 days of the designation

3. August 22, 2025 — AMENDMENTS to pleadings**, with** leave of court, shall be made by this date.

4. January 27, 2026 — DISCOVERY shall be completed by this date.

5. February 27, 2026 — MOTION CUT-OFF. No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown. See LR 7.

6. June 30, 2026 — The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending. Parties shall exchange all trial exhibits on or before this date notwithstanding that a motion for continuance may be pending. NO LATE EXCHANGES OF EXHIBITS WILL BE PERMITTED. All motions in limine shall be submitted with the pretrial order. Failure to file timely a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

7. July/August 2026 — TRIAL TERM. Cases will be set for trial at a docket call, conducted prior to the trial term or by order of the Court. Your position on the docket will be announced at that time.

Jury/Non-Jury ETT: 5-7 days

**All documents filed must be 14 point font, double spaced with not less than one inch margins**.

Signed on July 21, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge