# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| VAN NGUYEN and | § | |
| THANH HONG NGUYEN, | § | |
| *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-1602 |
| | § | |
| THUY PHAM, | § | |
| *Defendant*. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 11.3 of the United States District Court for the Southern District of Texas, please enter the appearance of MINH-TAM TRAN as counsel for THUY PHAM, in the above-styled and numbered cause.

All notices, pleadings, and other papers should be served upon the undersigned.

Minh-Tam (Tammy) Tran
Texas Bar No. 20186400
THE TAMMY TRAN LAW FIRM
4900 Fournace Place, Suite 418
Bellaire, Texas 77401
Telephone: (832) 372-4403
Email: ttran@tt-lawfirm.com

DATED this 23rd day of October 2025.

Respectfully submitted,

By: */s/ Minh-Tam Tran*
Minh-Tam (Tammy) Tran
THE TAMMY TRAN LAW FIRM
Texas Bar No. 20186400
4900 Fournace Place, Suite 418
Bellaire, Texas 77401
Telephone: (832) 372-4403
Email: ttran@tt-lawfirm.com
*COUNSEL FOR THUY PHAM*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 23rd day of October 2025, I caused the foregoing to be served via the Court's ECF Filing System, and through that system, it will be served upon registered counsel by email.

              By: */s/ Minh-Tam Tran*
              Minh-Tam (Tammy) Tran