IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VAN NGUYEN § <br> a/ka BICH VAN THI NGUYEN and § <br> THANH HONG NGUYEN, § <br>     *Plaintiffs,* § <br> v. § <br> § <br> SUNRISE PLASTIC ENTERPRISE, INC. § <br> and THUY PHAM, § <br>     *Defendants.* § | CIVIL ACTION NO. 4:25-cv-1602 |

## PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

COMES NOW, Plaintiffs Van Nguyen a/k/a Bich Van Thi Nguyen and Thanh Hong Nguyen, and pursuant to Rule 37 of the Federal Rules of Civil Procedure, files their Motion to Compel Discovery and for Sanctions, and would respectfully show the Court as follows:

1. On August 27, 2025, focused Interrogatories and Request for Production were served on Defendants. (Exhibits "A" and "B").

2. The responses were due on September 27, 2025.

3. On October 6, 2025, as no responses had been served nor any communication from Defendants been had, the undersigned sent an inquiry as to the responses. (Exhibit "C").

4. As Defendants did not respond to the inquiry, another inquiry was sent on October 13, 2025. (Exhibit "C").

5. 2 additional inquiries were sent by the undersigned, the last of which concluded with, "Please serve full responses by the end of the business day this Monday, October 27. I would rather not have to file a Motion to Compel." (Exhibit "C").

6. As of the filing of this Motion, a week after the imposed deadline, no meaningful response has been tendered nor have discovery responses been tendered.

7. Plaintiffs seek an Order compelling Defendants to fully respond to these requests within 14 days of the signing of this Order. As any objections have been waived, Plaintiffs requests that the Order include that fact.

8. Plaintiffs made numerous inquiries as to the discovery, all to no avail. As such, Plaintiffs seek the recovery of their reasonable and necessary attorney's fees for pursuing this Motion, pursuant to Rule 37(a)(5) of the Federal Rules of Civil Procedure. The time in filing this Motion is nominal, so Plaintiffs seek reasonable and necessary fees in the amount of $500.00

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court grant their Motion to Compel Discovery and for Sanctions, and for such other and further relief to which Plaintiffs may be justly entitled, at law or at equity.

Respectfully submitted,

LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
(979) 583-9200
(979) 314-9533 – Fax
bt@brianturnerlaw.com


By: /s/ Brian Turner
Brian Turner
State Bar No. 20310450
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record, via email and the e-File system, on this 3rd day of November 2025.

                                        /s/ Brian Turner
                                        Brian Turner

## CERTIFICATE OF CONFERENCE

I hereby certify that multiple efforts to resolve this discovery dispute were attempted but have failed. Please see Exhibit "C".