IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VAN NGUYEN | § | |
| a/ka BICH VAN THI NGUYEN and | § | |
| THANH HONG NGUYEN, | § | |
|    *Plaintiffs,* | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-1602 |
| | § | |
| SUNRISE PLASTIC ENTERPRISE, INC. | § | |
| and THUY PHAM, | § | |
|    *Defendants.* | § | |

**PLAINTIFFS HONG THANH HONG NGUYEN AND BICH VAN THI NGUYEN's 1st SET OF WRITTEN INTERROGATORIES TO PLAINTIFFS**

To:   Defendants Sunrise Plastic Enterprise, Inc. and Thuy Van Pham a/k/a Thuy Phan, by and through their attorneys of record: Jack Cagle at jack@cagleandassociates.com and Lloyd E. Kelley at kelley@lloydekelley.com.

COMES NOW, Hong Thanh Nguyen and Bich Van Thi Nguyen, Plaintiffs in the above-styled cause, and serve their 1st Set of Interrogatories to Defendants.

                                                                     Respectfully submitted,

                                                                     LAW OFFICE OF BRIAN TURNER
                                                                     308 N. Washington Ave.
                                                                     Bryan, TX 77803
                                                                     (979) 583-9200 – Telephone
                                                                     (979) 314-9533 – Telecopier
                                                                     bt@brianturnerlaw.com

                                                                     By: /s/  Brian Turner
                                                                     Brian Turner
                                                                     State Bar No.  20310450

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served on all counsel of record, via email, on this 27th day of August 2025.

                                                                     /s/  Brian Turner
                                                                     Brian Turner

Ex. A

Pursuant to Rules 33 of the Federal Rules of Civil Procedure, Plaintiffs Hong Thanh Nguyen and Bich Van Thi Nguyen serves their First Set of Interrogatories to Defendants Sunrise Plastic Enterprise, Inc. ("Sunrise") and Thuy Van Pham a/k/a Thuy Phan ("Phan"). Defendants must answer each interrogatory separately and fully, in writing and under oath unless otherwise provided in Rule 33 within thirty (30) days after the date of service.

These interrogatories are intended as continuing and require You to prepare and serve supplemental answers should You obtain further relevant information.

## DEFINITIONS

"Plaintiffs" refers to Hong Thanh Nguyen and Bich Van Thi Nguyen.

"You", "Your" and "Defendants" refer to Sunrise Plastic Enterprise, Inc. and/or Thuy Van Pham a/k/a Thuy Phan.

"HTN" refers to Defendant Hong Thanh Nguyen.

"VN" refers to Defendant Bich Van Thi Nguyen.

"Identity" shall include the name, address and phone number of the individual.

## 1st SET OF INTERROGATORIES

**Interrogatory No. 1.** Please Identify any person who is expected to be called to testify at the trial of this lawsuit.

**ANSWER:**

**Interrogatory No. 2.** If You contend that Thanhhong Nguyen has been using a fake driver license, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 3.** If You contend that Thanhhong Nguyen is a pedophile, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 4.** If You contend that Thanhhong Nguyen is a scammer, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 5.** If You contend that Van Nguyen is in the US illegally, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 6.** If You contend that Thanhhong Nguyen cannot escape from the USA because of fearing illegal status in the USA, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 7.** If You contend that many people did report to USCIS about Thanhhong Nguyen's status and Thanhhong Nguyen will be removed from the USA, please identify the "many people" who made such reporting.

**ANSWER:**

**Interrogatory No. 8.** If You contend that Van Nguyen had a false marriage, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 9.**    If You contend that "Hong the Pedophile" is deceiving the online community, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 10.**    If You contend that Hong wants to attack my [Your] company, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 11.**    If You contend that Hong threatened the lives of Your family, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 12.**    If You contend that Thanhhong Nguyen might cause a fire, might burn down the company, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 13.**    If You contend that Van Nguyen is having an affair with Thanhhong Nguyen, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 14.**    If You contend that Van Nguyen and Thanhhong Nguyen came to Mr. Nelson's house to terrorize and threaten Mr. Nelson, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 15.**    If You contend that Thanhhong Nguyen is a smuggled man in the USA, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 16.**    If You contend that Thanhhong Nguyen is a tax dodger, please

identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 17.**   If You contend that Thanhhong Nguyen has a fraudulent marriage with Sarah Nguyen, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**

**Interrogatory No. 18.**   If You contend that Van Nguyen has a false marriage, please identify facts of which You are specifically aware that establish, demonstrate, or prove those contentions.

**ANSWER:**