IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VAN NGUYEN §<br>a/ka BICH VAN THI NGUYEN and §<br>THANH HONG NGUYEN, §<br>    *Plaintiffs,* §<br>v. §<br> §<br>SUNRISE PLASTIC ENTERPRISE, INC. §<br>and THUY PHAM, §<br>    *Defendants.* § | CIVIL ACTION NO. 4:25-cv-1602 |

**PLAINTIFFS HONG THANH NGUYEN AND BICH VAN THI NGUYEN's
1st REQUEST FOR PRODUCTION OF DOCUMENTS TO dEFENDANTS**

To:   Defendants Sunrise Plastic Enterprise, Inc. and Thuy Van Pham a/k/a Thuy Phan, by and through their attorneys of record: Jack Cagle at jack@cagleandassociates.com and Lloyd E. Kelley at kelley@lloydekelley.com.

COMES NOW, Hong Thanh Nguyen and Bich Van Thi Nguyen, Plaintiffs in the above-styled cause, and serve their 1st Request for Production of Documents to Defendants.

    Respectfully submitted,

    LAW OFFICE OF BRIAN TURNER
    308 N. Washington Ave.
    Bryan, TX 77803
    (979) 583-9200 – Telephone
    (979) 314-9533 – Telecopier
    bt@brianturnerlaw.com


    By: /s/  Brian Turner
    Brian Turner
    State Bar No.  20310450

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served on all counsel of record, via email, on this 27th day of August 2025.


    /s/   Brian Turner
    Brian Turner

Ex. B

Pursuant to Rules 34 of the Federal Rules of Civil Procedure, Plaintiffs Hong Thanh Nguyen and Bich Van Thi Nguyen serves their First Request for Production of Documents to Defendants Sunrise Plastic Enterprise, Inc. ("Sunrise") and Thuy Van Pham a/k/a Thuy Phan ("Phan"). Defendants must respond to each and every category of documents set forth herein, separately and fully, in writing and under oath unless otherwise provided in Rule 34 within thirty (30) days after the date of service.

If any of the data, information, documents, or tangible things exists in electronic or magnetic form, we request production of those items in electronic or magnetic form in its native format.

Pursuant to Rule 34(a)(1) of the Federal Rules of Civil Procedure, You are required to produce documents possession, custody, or control.

<u>Definitions</u>

As used herein, the following definitions shall apply:

1. "Document" means any kind of graphic or printed matter, typewritten, hand-written, electronically or magnetically stored, and include all other data or information, however produced, reproduced, or stored.

2. Pursuant to Rule 192.7(b), "possession, custody, or control" means (1) actual physical possession of the item, and/or (2) the right to possession that is equal or superior to the person who has physical possession of the item.

3. "You" and "Your" shall mean Thuy Van Pham a/k/a Thuy Phan and/or Sunrise Plastic Enterprise, Inc.

4. "Thanhhong Nguyen" shall mean Thanh Hong Nguyen, one of the Plaintiffs in this case.

5. "Van Nguyen" shall mean Van Nguyen a/k/a Bich Van Thi Nguyen, one of the Plaintiffs in this case.

## 1st REQUEST FOR PRODUCTION OF DOCUMENTS

**Request No. 1.**     If You contend that Thanhhong Nguyen has been using a fake driver license, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 2.**     If You contend that Thanhhong Nguyen is a pedophile, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 3.**     If You contend that Thanhhong Nguyen is a scammer, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 4.**     If You contend that Van Nguyen is in the US illegally, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 5.**     If You contend that Thanhhong Nguyen cannot escape from the USA because of fearing illegal status in the USA, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 6.**     If You contend that many people did report to USCIS about Thanhhong Nguyen's status and Thanhhong Nguyen will be removed from the USA, please identify the "many people" who mad such reporting.

**RESPONSE:**

**Request No. 7.**     If You contend that Van Nguyen had a false marriage, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**


**Request No. 8.**     If You contend that "Hong the Pedophile" is deceiving the online community, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 9.**        If You contend that Hong wants to attack my [Your] company, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 10.**        If You contend that Hong threatened the lives of Your family, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 11.**        If You contend that Thanhhong Nguyen might cause a fire, might burn down the company, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 12.**        If You contend that Van Nguyen is having an affair with Thanhhong Nguyen, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 13.**        If You contend that Van Nguyen and Thanhhong Nguyen came to Mr. Nelson's house to terrorize and threaten Mr. Nelson, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 14.**        If You contend that Thanhhong Nguyen is a smuggled man in the USA, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 15.**        If You contend that Thanhhong Nguyen is a tax dodger, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 16.**        If You contend that Thanhhong Nguyen has a fraudulent marriage with Sarah Nguyen, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**

**Request No. 17.**     If You contend that Van Nguyen has a false marriage, please produce all Documents in Your possession, custody, or control, that support such contention.

**RESPONSE:**