**Subject:** Re: Case No. 4:25-cv-1602; Van Nguyen and Thanh Hong Nguyen v., Sunrise and Pham

**From:** "Brian Turner" <bt@brianturnerlaw.com>

**Sent:** 10/23/2025 10:00:42 PM

**To:** "Tammy Tran" <ttran@tt-lawfirm.com>

Thank you.

BT

On Thu, Oct 23, 2025, 10:00 PM Tammy Tran <ttran@tt-lawfirm.com> wrote:
> willcheck and will do
> Sent from my iPhone
>
>> On Oct 23, 2025, at 2:02 PM, Brian Turner <bt@brianturnerlaw.com> wrote:
>>
>> Good afternoon,
>>
>> These discovery responses were due a LONG time ago. Please serve full responses by the end of the business day this Monday, October 27. I would rather not have to file a Motion to Compel.
>>
>> Thank you,
>>
>> Brian Turner
>>
>> LAW OFFICE OF BRIAN TURNER
>>
>> 308 N. Washington Ave.
>>
>> Bryan, TX 77803
>>
>> 979-583-9200
>>
>> 979-314-9533 – FAX

# Ex. C

www.brianturnerlaw.com


------ Original Message ------
From "Tammy Tran" <ttran@tt-lawfirm.com>
To "Jack Cagle" <jack@cagleandassociates.com>; "Courtney Cagle" <courtney@cagleandassociates.com>; "Kelley Lloyd" <kelley@lloydekelley.com>; "Brian Turner" < bt@brianturnerlaw.com>
Date 10/13/2025 4:27:31 PM
Subject Re: Fw: Case No. 4:25-cv-1602; Van Nguyen and Thanh Hong Nguyen v., Sunrise and Pham


i will check with my associate. Kindly allow me to let you know after my hearing.

Warmest regards,

**Tammy Tran**
**The Tammy Tran Law Firm,**
**Attorneys at Law, LLP**
4900 Fournace Place, Suite 418 (4th Floor)
Bellaire, Texas 77401
Tel: 713.655.0737
Cell: 832.372.4403
Fax: 713.655.0823
ttran@tt-lawfirm.com
www.tammytranlaw.net
26 years of serving and contributing to our community.

**NOTICE OF CHANGE OF OUR MAIN ADDRESS:**
The Tammy Tran Law Firm is now located in the building of The Texas Justice Center which is located at 4900 Fournace Place Bellaire, Texas 77401.

We are so blessed and would be very honored to have you visit The Texas Justice Center and our Office.

CONFIDENTIALITY NOTICE: The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

**From:** Brian Turner <bt@brianturnerlaw.com>
**Sent:** Monday, October 13, 2025 9:15 AM
**To:** Jack Cagle <jack@cagleandassociates.com>; Courtney Cagle <courtney@cagleandassociates.com>;

Kelley Lloyd <kelley@lloydekelley.com>; Tammy Tran <ttran@tt-lawfirm.com>
**Subject:** Re: Fw: Case No. 4:25-cv-1602; Van Nguyen and Thanh Hong Nguyen v., Sunrise and Pham

Good morning,

I don't recall getting a reply to this.

Thank you,

Brian Turner

Law Office of Brian Turner

308 N. Washington Ave.

Bryan, TX 77803

979-583-9200

979-314-9533 – FAX

www.brianturnerlaw.com

------ Original Message ------
From "Brian Turner" <bt@brianturnerlaw.com>
To "Jack Cagle" <jack@cagleandassociates.com>; "Courtney Cagle" <courtney@cagleandassociates.com>; "Kelley Lloyd" <kelley@lloydekelley.com>; "Tammy Tran" < ttran@tt-lawfirm.com>
Date 10/6/2025 2:08:21 PM
Subject Fw: Case No. 4:25-cv-1602; Van Nguyen and Thanh Hong Nguyen v., Sunrise and Pham

> Good afternoon,
>
> These requests are past due.  Please let me know when I will receive them.
>
> Thank you,

Brian Turner

Law Office of Brian Turner

308 N. Washington Ave.

Bryan, TX 77803

979-583-9200

979-314-9533 – FAX

www.brianturnerlaw.com


------ Forwarded Message ------
From "Brian Turner" <bt@brianturnerlaw.com>
To "Jack Cagle" <jack@cagleandassociates.com>; "Courtney Cagle" <courtney@cagleandassociates.com>; "kelley@lloydekelley.com" < kelley@lloydekelley.com>; "Tran Tammy" <ttran@tt-lawfirm.com>
Date 8/27/2025 10:07:23 AM
Subject Case No. 4:25-cv-1602; Van Nguyen and Thanh Hong Nguyen v., Sunrise and Pham

Good morning all,

Please find attached simplistic discovery to the Defendants in the Federal Case. I've also attached these in word, so you don't have to convert them.


Best,


Brian Turner

Law Office of Brian Turner

308 N. Washington Ave.

Bryan, TX 77803

979-583-9200

979-314-9533 – FAX

[www.brianturnerlaw.com](www.brianturnerlaw.com)