IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VAN NGUYEN a/ka BICH VAN THI NGUYEN and THANH HONG NGUYEN,<br>    *Plaintiffs,*<br>v.<br><br>SUNRISE PLASTIC ENTERPRISE, INC. and THUY PHAM,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 4:25-cv-1602<br>§<br>§<br>§<br>§ |

## ORDER

Pending before the Court is Plaintiffs Van Nguyen a/k/a Bich Van Thi Nguyen and Thanh Hong Nguyen's Motion to Compel Discovery and for Sanctions. The Court, having considered the Motion and its attachments, and the Federal Rules of Civil Procedure finds that despite numerous inquiries by Plaintiffs, Interrogatories and Requests for Production were not timely responded to by Defendants and all objections have been waived.

IT IS THEREFORE ORDERED that Plaintiffs Van Nguyen a/k/a Bich Van Thi Nguyen and Thanh Hong Nguyen's Motion to Compel Discovery and for Sanctions is in all respects GRANTED;

IT IS FURTHER ORDERED that Defendants shall fully respond, without objection, to all Interrogatories and tender all responsive documents to Request for Production within 14 days of the entry of this Order;

IT IS FURTHER ORDERED that Defendants are sanctioned $500 for reasonable and necessary attorney's fees.

Signed this ___ day of November 2025.

_____
United States District Judge