UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Van Nguyen, et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:25–cv–01602 |
| | § | |
| Thuy Pham | § | |

# Notice of Referral of Motion to Magistrate Judge

    Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Christina A. Bryan to hear and determine the motion(s) identified below:

Motion to Compel – #10

Date: November 4, 2025.

                                          Nathan Ochsner, Clerk

                                          By: Joseph Wells
                                                Deputy Clerk