UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VAN NGUYEN, ET AL., § | |
|    *Plaintiffs*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:25-cv-01602 |
| § | |
| THUY PHAM, § | |
|    *Defendant*. § | |

## ORDER

Before the Court is Plaintiffs' Motion to Compel Discovery and for Sanctions.[1] ECF 10. The Motion requested the Court intervene due to Defendant's failure to respond to Plaintiffs' interrogatories and requests for production. *Id.* Plaintiffs also requested $500.00 in attorney's fees for the preparation of the Motion as a sanction. On November 14, 2025, Defendant filed a notice indicating that they provided the responses. ECF 12.

The Motion's certificate of conference does not support the request for attorney's fees and fails to fully comply with Local Rule 7.1(D). The Local Rules require counsel to indicate in the certificate of conference that the movant has conferred with the respondent about the motion and that counsel cannot agree about the disposition of the motion. S.D. Tex. Loc. R. 7.1(D). The Motion's certificate

---

[1] The District Judge referred this motion to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 11.

states that counsel had attempted to resolve the dispute but does not demonstrate that Plaintiff's counsel conferred with defense counsel to determine whether the Motion was opposed. ECF 10 at 3. Plaintiff's counsel attached email correspondence on various dates demonstrating repeated requests for production of the discovery, and indicating on October 23, 2025, that he "would rather not have to file a Motion to Compel." ECF 10-3 at 1. However, Plaintiff's counsel has not shown that he conferred with Defendant's counsel before filing the Motion.

It is therefore

ORDERED that the Motion to Compel (ECF 10) is TERMINATED AS MOOT. Plaintiffs' request for sanctions is DENIED for failure to comply with Local Rule 7.1.

Signed on December 05, 2025, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge