IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VAN NGUYEN and | § | |
| THANH HONG NGUYEN | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-1602 |
| | § | |
| THUY PHAM, | § | |
| | § | |
|    *Defendants*. | § | |

**DEFENDANT'S MOTION TO EXTEND MOTION CUT-OFF DEADLINE**

Defendant respectfully submits this Motion to Extend Motion Cut-Off Deadline and states as follows:

Pursuant to the Court's Rule 16 Scheduling Order, the current Motion Cut-Off deadline is February 27, 2026. The Scheduling Order provides that no motions shall be filed after this date except for good cause shown.

Defendant respectfully requests that the Court extend the current Motion Cut-Off deadline set forth in the Scheduling Order.

Good cause exists because counsel for Defendant underwent surgery and is in the process of recovery. While counsel has continued to diligently manage this matter to the extent practicable, the recovery period has materially limited counsel's ability to fully evaluate the record and prepare any anticipated motions within the current deadline.

A brief extension will allow counsel sufficient time to complete review of the

record and ensure that any motions filed are thorough, properly supported, and helpful to the Court.

This request is made in good faith and not for purposes of delayed justice.

### Conference

Pursuant to Local Rule 7, Defendant will promptly confer with opposing counsel regarding whether this motion is opposed and will supplement the Court if necessary.

### PRAYER

WHEREFORE, Defendant respectfully requests that the Court extend the Motion Cut-Off deadline and grant such other relief to which Defendant may be entitled.

Respectfully submitted,

**THE TAMMY TRAN LAW FIRM**
*/s/ Minh-Tam Tran*
**MINH-TAM "TAMMY" TRAN**
Texas Bar No. 20186400
4900 Fournace Place, Suite 418 (4th Floor)
Bellaire, Texas 77401
Tel: 713.655.0737
Cell: 832.372.4403
Fax: 713.655.0823
ttran@tt-lawfirm.com
www.tammytranlaw.net

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record and pro se parties by electronic filing and e-mail on February 26, 2026.

*/s/ Minh-Tam Tran*
**MINH-TAM "TAMMY" TRAN**