United States District Court
Southern District of Texas
**ENTERED**
March 05, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Van Nguyen et al, | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. H-25-1602 |
| Thuy Pham, | § § § | |
| Defendant. | § § § | |

## ORDER

Pending before the Court is Plaintiff's Motion to Extend Motion Cut-Off Deadline (Document No. 14). Having considered the motion, submissions, and applicable law, the Court determines the motion should be granted. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Motion to Extend Motion Cut-Off Deadline (Document No. 14) is **GRANTED.** The motion cut-off deadline is extended to March 13, 2026.

SIGNED at Houston, Texas, on this __3__ day of February, 2026.

DAVID HITTNER
United States District Judge