United States District Court
Southern District of Texas
**ENTERED**
June 02, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Van Nguyen et al,                    §
                                     §
v.                                   §        C.A.  Action H-25-1602
                                     §
Thuy Pham                            §
                                     §

## ORDER

The Court hereby

ORDERS that the parties in the above referenced cause shall exchange all trial exhibits on or before the 30th day of June, 2026 notwithstanding that a motion for continuance, motion for summary judgment, motion to dismiss or other dispositive motion may be pending.  No late exchanges will be permitted.  Failure to timely exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

SIGNED at Houston, Texas, on this 2nd day of June, 2026.

_____
DAVID HITTNER
United States District Judge