## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

Van Nguyen, et al.

v.                                             Case Number: 4:25–cv–01602

Thuy Pham

---

### Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge David Hittner**

**LOCATION:**
Courtroom 8A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/9/2026

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Final Pretrial Conference

---

Date:    June 2, 2026                                    Nathan Ochsner, Clerk