**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| VAN NGUYEN and | § | |
| THANH HONG NGUYEN, | § | |
| *Plaintiffs,* | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-1602 |
| | § | |
| THUY PHAM, | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)((ii) of the Federal Rules of Civil Procedure, the parties enter into this Joint Stipulation to dismiss all claims, with the defamation claims only to be refiled as counter-claims in Cause No. 1248347; *Sunrise Plastic Enterprise, Inc. and Thuy Van Pham v. Hong Thanh Nguyen, et al;* In the Civil County Court at Law #3 of Harris County, Texas (the "County Court Case"). Nothing herein concerns the newly third party and/or any claims that have recently been filed by Plaintiffs herein against out of state defendants Tony Pham, Jenny Tran, and Chuong Quach in the County Court Case. Defendant herein intends to request a severance in the County Court Case, and Plaintiffs herein intend to oppose such request.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that all claims are dismissed, with the defamation claims only to be refiled as counter-claims in Cause No. 1248347; *Sunrise Plastic Enterprise, Inc. and Thuy Van Pham v. Hong Thanh Nguyen, et al;* In the Civil County Court at Law #3 of Harris County, Texas.

Respectfully submitted,

LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
(979) 583-9200 – Telephone
(979) 314-9533 – Telecopier
bt@brianturnerlaw.com

By: /s/  Brian Turner
Brian Turner
State Bar No.  20310450
ATTORNEY FOR PLAINTIFS

The Tammy Tran Law Firm
Attorneys at Law, LLP
4900 Fournace Place, Suite 418 (4th Floor)
Bellaire, Texas 77401
713.655.0737 – Telephone
713.655.0823 – Telecopier
ttran@tt-lawfirm.com

By: Tammy Tran  bp/BT
Tammy Tran
State Bar No. 20186400
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record, via ECF and email, on this 11ᵗʰ day of June 2026.

/s/  Brian Turner
Brian Turner