United States District Court
Southern District of Texas
**ENTERED**
June 15, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Van Nguyen, *et. al*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-25-1602 |
| | § | |
| Thuy Pham, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal filed on June 11, 2026, the above referenced case is hereby dismissed without prejudice as to Defendant Thuy Pham pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this **12** day of June, 2026.

_____
DAVID HITTNER
United States District Judge